| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:02CR00034-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* FILED 2007 SEP 27 P 4: 28 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J |

CR 07 00620 JW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Maya A. Finnie | DISTRICT Eastern District of Washington | DIVISION Spokane |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 9, 2007 / TO March 8, 2012 |

OFFENSE

Distribution of More than 5 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1); Distribution of More than 50 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1); Conspiracy to Possess With the Intent to Distribute and Distribution of More than 50 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1) and 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Washington

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the [othdist] NDICA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/17/07
Date                                                                               United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

SEP 25 2007
Effective Date                                                                     James Ware, United States District Judge